# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-7101**                                    **September Term, 2023**

**1:19-cv-03126-TNM**

**Filed On:** May 1, 2024

Mehdi Moini,

      Appellant

    v.

Ellen M. Granberg, In her Official Capacity as
President, George Washington University,

      Appellee


**BEFORE:**    Srinivasan, Chief Judge; Rao and Pan, Circuit Judges

# UNDER SEAL JUDGMENT NOT AVAILABLE TO PUBLIC